SHERYL K. ITH (State Bar No. 225071)
JENNIFER H. WANG (State Bar No. 242998)
jwang@cookseylaw.com
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100
Facsimile: (714) 431-1145

Attorneys for Lessor
CAB WEST, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ARMANDO ANDRADE,<br><br>Debtor. | Case No.: 2:18-BK-18802-VZ<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN;**<br><br>341(a) Meeting of Creditors:<br><br>Date: August 30, 2018<br>Time: 10:00 am<br><br>Confirmation Hearing:<br><br>Date: November 18, 2019<br>Time: 9:00 am<br>Ctrm: 1368 |

Lessor CAB WEST, LLC, a creditor of the above estate, hereby submits the following Objection to Confirmation of the Debtor's proposed Chapter 13 Plan of Reorganization.

### REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201 as incorporated by Federal Rule of Bankruptcy Procedure 9017, CAB WEST respectfully requests this Court take judicial notice of the Debtor's proposed Chapter 13 Plan on file herein, and the Proof of Claim filed by CAB WEST, copies of

which are attached as Exhibits "A" and "B", filed herewith.

### FACTUAL BACKGROUND

On or about March 6, 2016 Debtor entered into a Motor Vehicle Lease Agreement ("Lease Agreement") for the lease of a 2016 FORD MUSTANG, Vehicle Identification Number 1FA6P8AM6G5268432 (the "Vehicle"). The above-described Lease Agreement was assigned to CAB WEST in the normal course of CAB WEST's business. A copy of the Lease Agreement with regard to the above-described vehicle, is made a part of CAB WEST's Proof of Claim on file herein. (And See Exhibit "B", filed herewith).

### GROUNDS FOR OBJECTION

Lessor CAB WEST objects to Debtor's proposed Chapter 13 Plan of Reorganization on the following grounds:

1. NO ASSUMPTION OR REJECTION OF LEASE - CAB WEST objects to the confirmation of Debtor's proposed Chapter 13 Plan on the grounds that it fails to provide for the assumption or rejection of Debtor's lease with CAB WEST as required by 11 U.S.C. §365.

### CONCLUSION

Any Chapter 13 plan proposed by the Debtor must provide for and eliminate the objections specified above in order to be reasonable and to comply with the applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Proposed Chapter 13 plan be denied and that the case be dismissed forthwith.

WHEREFORE, CAB WEST prays as follows:
1. That confirmation of the Chapter 13 Plan be denied; and
2. For immediate dismissal of the within Chapter 13 proceeding; or
3. That as a pre-requisite to confirmation of the Debtor's proposed Chapter 13 Plan,

1 | Debtor meet and satisfy the above stated objections; and

2 | 4.    For such other and further relief as the Court deems just and proper.

Dated: August 21, 2018          Respectfully submitted,

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: _____
JENNIFER H. WANG
Attorneys for Lessor
CAB WEST, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**535 ANTON BLVD., 10TH FLOOR; COSTA MESA, CA92626**

A true and correct copy of the foregoing document entitled (*specify*): OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 22, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Randolph R. Ramirez, Attorney for Debtor: lawrrr@me.com
Nancy K. Curry, Trustee: trustee13la@aol.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 22, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:**
Armando Andrade
1966
11520 Leffingwell Road
Norwalk, CA 90650

**U.S. BANKRUPTCY JUDGE:**
Honorable Vincent P. Zurzolo
United States Bankruptcy Court
255 East Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 17, 2012, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 22, 2018 | Lisa Kindsfather | /s/ Lisa Kindsfather |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                               **F 9013-3.1.PROOF.SERVICE**