Nancy Curry, Chapter 13 Trustee
1000 Wilshire Boulevard, Suite 870
Los Angeles, CA 90017
Tel: (213) 689-3014
Fax: (213) 689-3055

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| IN RE:<br><br>ANDRADE , ARMANDO | CASE NO. 2:18-bk-18802-VZ<br><br>CHAPTER 13<br><br>**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN UNDER 11 USC §§§1322, 1325 AND 1326; DECLARATION IN SUPPORT; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION UNDER 11 USC §1307**<br><br>DATE: November 18, 2019<br>TIME: 09:00 AM<br>COURTROOM:    1368<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |
|---|---|

The Chapter 13 Standing Trustee hereby objects to the confirmation of the proposed plan because the Debtor has failed to meet all necessary requirements as detailed in the attached declaration and supporting Exhibit A.

   THE FAILURE OF THE DEBTOR, OR THE ATTORNEY REPRESENTING THE DEBTOR, TO RESPOND TO THESE OBJECTIONS, APPEAR AT THE CONFIRMATION HEARING AND FAILURE TO PRESENT EVIDENCE THAT ALL REQUIRED PAYMENTS ARE CURRENT MAY RESULT IN DISMISSAL OR CONVERSION OF THE CASE.

Therefore, the Trustee respectfully requests that confirmation of the plan be denied and for such other relief as the Court may deem appropriate.

DATED:   September 4, 2018                                        /s/ Nancy Curry
                                                                  Chapter 13 Standing Trustee

## **DECLARATION OF MASAKO OKUDA**

I, MASAKO OKUDA, declare as follows:

1. Nancy Curry is the Chapter 13 Standing Trustee in this matter:

    ANDRADE , ARMANDO, 2:18-bk-18802-VZ

    I am employed by the Trustee as a staff attorney and am duly qualified to make this declaration. The Trustee has files and records kept by her office in the regular course of business. I have personally reviewed the files and records kept by her office in the within case. The following facts are true and correct within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2. I object to the confirmation of the proposed Plan because of the specific deficiencies which are set forth in the attached Exhibit A which is incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on September 4, 2018.

DATED: September 4, 2018                                              /s/ Masako Okuda
                                                                                          Masako Okuda

**Debtor:**     **Armando Andrade**
**Case No.:**   **2:18-bk-18802-VZ**           §341(a): 8/30/2018           Debtor attorney: Randolph Ramirez

# EXHIBIT A

**Other issues may arise at or before confirmation requiring additional action or information by the debtor and counsel.**

**Plan service and notice**

No proof of service of the amended Plan filed on 8/27/2018 has been filed.

[FRBP 3015(f); 5003(e) and LBRs 2002-2(c)(1); 3015-1(b)(3), (d)(1) & (g)(1); 9013-3(a)]

**Feasibility**

The Plan is infeasible because there is no provision for certain claims – Ally Bank. [11 USC §1325(a)(6)]

**Income**

The Debtor has failed to timely (7 days before the §341(a) debtor examination) provide:

(1) Payment advices (unemployment benefits for 2018 YTD) [11 USC §521(a)(1), LBR 3015-1(c)(3)].

(2) Complete copies of 2016 State and 2017 Federal and State Income Tax Returns, including W-2s, 1099s (or other supporting documentation) [11 USC §521(e)(2), LBR 3015-1(c)(3)].

(3) Declaration of Contribution to Chapter 13 Plan (F3015-1.09) ($330/mo)

The Debtor who is a self-employed truck driver has failed to comply with the business reporting requirements of LBR 3015-1(c)(4).

The Debtor is requested to provide actual monthly income and expense statements for 2018 YTD with supporting bank statements; and continue to provide these statements each month until a plan is confirmed.

The Income and Expense Statement Forms can be downloaded from the Trustee's website: **http://curry.trustee13.com**.

**Statement of Financial Affairs (SOFA) -  Blank or incomplete  items**

                                                                **In re Rolland, 317 BR 402 (Bankr. C.D. Cal 2004)**

The Debtor has failed to disclose the attorney fee information.

**PROOF OF SERVICE DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify) **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN UNDER 11 USC §§§1322, 1325 AND 1326; DECLARATION IN SUPPORT; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION UNDER 11 USC §1307** will be served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 4, 2018, I checked the CM/ECF document for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2. SERVED BY UNITED STATES MAIL:**  On September 4, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| ANDRADE , ARMANDO | RANDOLPH RAMIREZ |
| 11520 LEFFINGWELL ROAD | 1613 CHELSEA ROAD NO. 186 |
| NORWALK, CA 90650 | SAN MARINO, CA 90017- |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5  and/or controlling LBR, on September 4, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission, and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent Zurzolo
U.S. Bankruptcy Court
Bin outside of Suite 1360
255 East Temple Street
Los Angeles, CA 90012

I declare under penalty of perjury that the laws of the United States that the foregoing is true and correct.

| September 4, 2018 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| Date | Type Name | Signature |